McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
Suite 10-100
501 I Street
Sacramento, California  95814
Telephone:  (916) 554-2798


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | CR. S. NO. 05-284 DFL |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | INDICTMENT PURSUANT TO RULE 48 |
| | ) | OF THE FEDERAL RULES OF |
| JORMA ANTERO AALTONEN, | ) | CRIMINAL PROCEDURE AND PROPOSED |
| | ) | ORDER |
| Defendant. | ) | |
| _____ | ) | |

        The United States, by and through its attorneys, United

States Attorney McGregor W. Scott and Assistant U.S. Attorney

Carolyn K. Delaney, hereby moves to dismiss the Indictment

currently pending against defendant Jorma Antero Aaltonen based on

his guilty plea to a superseding information and pursuant to Rule

48 of the Federal Rules of Criminal Procedure.

Dated: October 26, 2005            Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney

                                    /s/ Carolyn K. Delaney

                                   CAROLYN K. DELANEY
                                   Assistant U.S. Attorney

1  IT IS SO ORDERED

2

   Dated:     10/26/ 2005              /s/ David F. Levi
3                                        Honorable David F. Levi
                                         Chief Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28